JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joel Placencia Alvarez,<br><br>Petitioner,<br><br>v.<br><br>D. MARIN, Warden-Facility Administrator, Adelanto ICE Processing Center; THOMAS P. GILES, Director of Los Angeles Field Office, ICE ERO, in his official capacity; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; KRISTI NOEM, Former Secretary of the United States Department of Homeland Security; MARK MULLIN, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Former Attorney General of the United States, in his official capacity; TODD BLANCHE, Attorney General of the United States<br><br>Respondents. | Case No. 5:26-cv-01956-SSS-MAR<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (Dkt. No. 1) is granted as to Petitioner's Claim for Relief regarding violation of the Fifth Amendment, and Respondents are ordered to release Petitioner forthwith.

The Court DIRECTS the Clerk to close this case.

DATED: June 11, 2026

_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2